# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                          PLAINTIFF

vs.                                    NO. 4:07CR00303-001 SWW

JONATHAN LOVE                                                                      DEFENDANT

### ORDER

The above entitled cause came on for hearing on government's petition to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the admissions of defendant and the testimony of the witnesses, the Court found that defendant has violated the conditions of his supervised release without just cause and the government's petition [docs #36] is ***granted***.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it is hereby, ***revoked***.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of **TWELVE (12) MONTHS + ONE (1) DAY** in the custody of the Bureau of Prisons. The Court recommends that defendant be incarcerated as close to Little Rock, Arkansas as possible and that defendant participate in a non-residential substance abuse program and mental health counseling during incarceration.

There will be *NO* supervised release to follow.

The defendant is to report to the designated facility **MONDAY, NOVEMBER 18, 2013 by NOON.** The defendant shall remain on present conditions of release pending report date.

IT IS SO ORDERED this 21st day of October 2013.

/s/Susan Webber Wright

United States District Judge